1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   THEODORE W. MORT,                        No. 1:19-cv-00652-LJO-SKO

12                 Plaintiff,

13        v.                                  ORDER GRANTING THE PARTIES'
                                              STIPULATED REQUEST
14   MEGAN J. BRENNAN, Postmaster
     General United States Postal Service, et al.,   (Doc. 6)
15
                   Defendants.
16

17

18        On August 19, 2019, the parties filed a stipulation "to dismiss Americans With Disabilities

19   Claim and Extend Responsive Pleading Deadline by 28 Days Under LR 144." (Doc. 6.)  The parties

20   stipulate that Plaintiff's claim for relief under the Americans with Disabilities Act ("ADA"), is

21   dismissed with prejudice, and that Defendant shall have up to and including September 16, 2019,

22   to respond to the remaining claims in the complaint.  (*Id.* at 1.)

23        In relevant part, Rule 41(a)(1)(A)(ii) provides as follows: "[A] plaintiff may dismiss an

24   action without a court order by filing. . . (ii) a stipulation of dismissal signed by all parties who

25   have appeared."  Fed. R. Civ. P. 41(a)(1)(A).   "The plaintiff may dismiss some or all of the

26   defendants, or some or all of his claims" through a Rule 41(a)(1) stipulation.  *Wilson v. City of San

27   Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

28

Because the parties stipulated to the dismissal of Plaintiff's disability discrimination claim under the ADA, 42 U.S.C. §§ 12112(a) and 12102(1) (Second Claim for Relief) (Doc. 1 ¶¶ 117–135), with prejudice under Rule 41(a)(1)(A)(ii), that claim has been DISMISSED. Fed. R. Civ. P. 41(a)(1)(A).

The case shall remain OPEN pending resolution of Plaintiff's remaining claims against Defendant.

Pursuant to the parties' stipulation, (Doc. 6), Defendant shall respond to the remaining claims in the complaint by no later than September 16, 2019.

IT IS SO ORDERED.

Dated:   **August 20, 2019**                    /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE