UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE MORT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MEGAN J. BRENNAN, Postmaster General United States Postal Service,<br><br>　　　　　Defendant. | No. 1:19-cv-00652-NONE-SKO<br><br>**ORDER GRANTING THE PARTIES' STIPULATED REQUEST**<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>**(Doc. 20)** |

　　　　On May 13, 2019, Plaintiff filed this case against Defendant, (Doc. 1), and on October 25, 2019, the Court issued a scheduling order, (Doc. 15). The parties now seek to continue all deadlines by approximately 90 days. (Doc. 20.) The parties state that modification of the scheduling order is necessary due to the coronavirus (COVID-19) pandemic and related state and local restrictions and personal matters that have impeded the progress of the case. (*See id* at 3–6.) The Court finds that the parties have shown good cause to extend the deadlines and will grant the stipulation.

　　　　For good cause shown, the Court GRANTS the parties' request and will modify the scheduling order and enlarge the deadlines as set forth below.[1]

---

[1] The Court has adjusted certain dates to conform to the Court's scheduling requirements.

| Event | Prior Date | Continued Date |
|---|---|---|
| Non-Expert Discovery Completion | September 4, 2020 | December 4, 2020 |
| Expert Disclosures | October 2, 2020 | January 15, 2021 |
| Rebuttal Expert Disclosures | November 20, 2020 | February 26, 2021 |
| Expert Discovery Completion | January 27, 2021 | April 23, 2021 |
| Non-Dispositive Motion Filing | February 10, 2021 | May 21, 2021 |
| Non-Dispositive Motion Hearing | March 10, 2021 | June 23, 2021 |
| Dispositive Motion Filing | February 10, 2021 | May 21, 2021 |
| Dispositive Motion Hearing | March 24, 2021 | July 12, 2021 |
| Pretrial Conference | May 20, 2021 | September 23, 2021 |
| Trial | July 13, 2021 | November 16, 2021 |

Finally, on July 6, 2020, Defendant filed a status report in lieu of proposed settlement conference dates. (Doc. 17.) Defendant states that Plaintiff's counsel was unavailable to discuss settlement conference dates due to a "COVID-19 quarantine," but that he would be available by July 13, 2020. (*Id.*) Defendant states he planned to initiate discussions at that time, and "thereafter updat[e] the court on the parties' settlement-conference discussions." (*Id.*) Because the non-expert discovery deadline will be extended to December 4, 2020, the parties shall have until October 4, 2020, to provide updated settlement conference dates.

IT IS SO ORDERED.

Dated:   **August 19, 2020**                                    /s/ *Sheila K. Oberto*
                                                                                    UNITED STATES MAGISTRATE JUDGE