McGREGOR W. SCOTT
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
victoria.boesch@usdoj.gov

Attorneys for the Postmaster General

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE W. MORT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MEGAN J. BRENNAN, POSTMASTER GENERAL UNITED STATES POSTAL SERVICE,<br><br>Defendant. | CASE NO. 1:19-cv-00652-NONE-SKO<br><br>**UNOPPOSED EX PARTE APPLICATION AND ORDER TO MODIFY SCHEDULE**<br><br>**(Doc. 27)** |

Defendant Postmaster General hereby respectfully requests that the Court modify the schedule in this case. The Court previously granted a stipulated request filed by Plaintiff to modify the schedule because of pandemic-related delays and personal matters related to Plaintiff's counsel. Dkt. 21. Defendant now files this ex parte application to further modify the schedule. Good cause exists for such modification because Defendant's counsel must be out of the country for the first two weeks of November, and must observe quarantine requirements related to the pandemic, because of the recent death of her father. *See* Dkt. 26 (Notice of Unavailability of Counsel).

Defense counsel also is experiencing a very heavy workload, with three civil cases approaching the end of discovery and many depositions to be accomplished in a short time because of pandemic-

related delays.  For two other cases, Defense counsel has twelve depositions scheduled (and two more depositions to be scheduled) for which she must prepare and appear during the five weeks following her return.  In addition to those depositions, Plaintiff's counsel in this case has requested seven depositions of defense witnesses and rejected efforts to schedule more than one deposition on a given day, stating that the depositions must be scheduled to take seven hours each.  *See* Exh. A (Correspondence between counsel).

For these reasons, Defendant seeks the eight-week extension of the schedule reflected below.  Defense counsel met and conferred with Plaintiff's counsel on this topic, requesting that he agree to that schedule.  *See* Exh. A.  When Plaintiff's counsel suggested that he would only agree to a four-week extension, Defense counsel noted her prior agreement to an eight-week extension to accommodate Plaintiff's counsel's personal issues.  And Defense counsel explained that seven-hour depositions meant that only one deposition could be scheduled per day.  This compounds the difficulty of scheduling already made difficult by Defense counsel's limited availability due to other case events, Plaintiff's counsel's conflicts, and those of the witnesses.  That scheduling difficulty further justifies the extension Defendant seeks.  Nonetheless, Plaintiff's counsel has indicated that he would only stipulate to extend the fact discovery deadline to January 5.

Accordingly, the Defendant respectfully requests that the Court modify the schedule as follows to allow adequate time to complete the discovery necessary to address the issues in this case.

| Event | Prior Date | Continued Date |
| --- | --- | --- |
| Non-Expert Discovery Completion | December 4, 2020 | **January 29, 2021** |
| Expert Disclosures | January 15, 2021 | **March 12, 2021** |
| Rebuttal Expert Disclosures | February 26, 2021 | **April 23, 2021** |
| Expert Discovery Completion | April 23, 2021 | **June 18, 2021** |
| Non-Dispositive Motion Filing | May 21, 2021 | **July 16, 2021** |
| Non-Dispositive Motion Hearing | June 23, 2021 | **August 18, 2021** |
| Dispositive Motion Filing | May 21, 2021 | **July 16, 2021** |
| Dispositive Motion Hearing | July 12, 2021 | **September 13, 2021** |
| Pretrial Conference | September 23, 2021 | **November 18, 2021** |
| Trial | November 16, 2021 | **January 11, 2022** |

Respectfully submitted,

Dated: October 28, 2020

McGREGOR W. SCOTT
United States Attorney

By: */s/ Victoria L. Boesch*
VICTORIA L. BOESCH
Assistant United States Attorney
Attorneys for Defendants

## ORDER

Having considered Defendant's ex parte application to modify the case schedule (Doc. 27), to which Plaintiff has indicated he has no opposition (Doc. 30), the schedule is hereby MODIFIED as follows:

IT IS SO ORDERED.

| Event | Prior Date | Continued Date |
|---|---|---|
| Non-Expert Discovery Completion | December 4, 2020 | **January 29, 2021** |
| Settlement Conference | February 21, 2021 | **February 21, 2021 (unchanged**) |
| Expert Disclosures | January 15, 2021 | **March 12, 2021** |
| Rebuttal Expert Disclosures | February 26, 2021 | **April 23, 2021** |
| Expert Discovery Completion | April 23, 2021 | **June 18, 2021** |
| Non-Dispositive Motion Filing | May 21, 2021 | **July 16, 2021** |
| Non-Dispositive Motion Hearing | June 23, 2021 | **August 18, 2021** |
| Dispositive Motion Filing | May 21, 2021 | **July 16, 2021** |
| Dispositive Motion Hearing | July 12, 2021 | **September 13, 2021** |
| Pretrial Conference | September 23, 2021 | **November 18, 2021** |
| Trial | November 16, 2021 | **January 11, 2022** |

Dated: __**November 6, 2020**__            /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE