McGREGOR W. SCOTT
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
Victoria.boesch@usdoj.gov

Attorneys for Defendant
Postmaster General

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE W. MORT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS DEJOY, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,<br><br>Defendant. | CASE NO.:1:19-cv-00652-NONE-SKO<br><br>**POSTMASTER GENERAL'S NOTICE OF MOTION AND MOTION TO AMEND ANSWER**<br><br>Date:   January 20, 2020<br>Time:  9:30 a.m.<br>Judge: Hon. Sheila K. Oberto<br>Ctrm:   7 |

PLEASE TAKE NOTICE that the Postmaster General hereby moves to amend his answer in the above-captioned case to add after-acquired evidence and unclean hands defenses as reflected in the attached proposed First Amended Answer for the reasons stated in the attached Memorandum of Points and Authorities.  Attached as Exhibit 1 to this motion is a copy of the Postmaster General's proposed First Amended Answer.  Attached as Exhibit 2 to this motion is a copy of the Postmaster General's proposed First Amended Answer with redlines showing the changes from the current answer.

|   |   |   |
|---|---|---|
|   | Respectfully submitted, |   |
|   | McGREGOR W. SCOTT<br>United States Attorney |   |
| Dated: December 18, 2020 | By: | */s/ Victoria L. Boesch*<br>VICTORIA L. BOESCH<br>Assistant United States Attorney |
|   | Attorneys for Postmaster General |   |

2

POSTMASTER GENERAL'S NOTICE OF MOTION AND
MOTION TO AMEND ANSWER