McGREGOR W. SCOTT
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant
Postmaster General Louis DeJoy

DOW W. PATTEN
SMITH PATTEN
50 California St. Suite 1500
San Francisco, CA 94111
415-402-0084
Fax: 415-520-0104

Attorneys for Plaintiff
Theodore W. Mort

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE W. MORT,<br><br>             Plaintiff,<br><br>         v.<br><br>LOUIS DEJOY, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,<br><br>             Defendant. | CASE NO. 1:19-CV-00652-NONE-SKO<br><br>**STIPULATION AND ORDER TO VACATE HEARING ON THE POSTMASTER GENERAL'S MOTION TO COMPEL INDEPENDENT MEDICAL EXAMINATION**<br><br>(Doc. 37) |

Defendant Postmaster General and Plaintiff Theodore W. Mort respectfully submit this stipulation after continued meet and confer efforts concerning the Postmaster General's motion to compel an independent medical examination (psychological) under Federal Rule of Civil Procedure 35.

Plaintiff hereby agrees not to seek damages in this lawsuit for any diagnosed mental health condition. Plaintiff also agrees that he will not designate his treating psychologist, Jana Price-Sharps, as

STIPULATION AND ORDER TO VACATE HEARING 1

an expert witness under Federal Rule of Civil Procedure 26(a)(2) and that he will not offer testimony from Ms. Price-Sharps at trial under Federal Rule of Evidence 702, 703, or 705.

Based on these agreements by Plaintiff, the Postmaster General agrees not to seek a psychological independent medical examination at this time. *See* Dkt. 33. Because expert disclosures have not yet occurred, the Postmaster General reserves the right to seek such an examination at a later time if Plaintiff proffers expert testimony that requires an examination in order to allow the Postmaster General a fair chance to respond to that testimony.

Accordingly, the parties respectfully request that the Court vacate the January 6, 2021 hearing currently scheduled for the Postmaster General's Motion to Compel an Independent Medical Examination.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: December 30, 2020      By:   */s/ Victoria L. Boesch*
VICTORIA L. BOESCH
Assistant United States Attorney

Attorneys for Defendant

Dated: December 30, 2020      By:   */s/ Dow W. Patten (authorized 12/30/2020)*
DOW W. PATTEN

SMITH PATTEN
Attorneys for Plaintiff

STIPULATION AND ORDER TO VACATE HEARING 2

**ORDER**

Pursuant to the parties' above stipulation (Doc. 37), Defendant's Motion to Compel Independent Medical Examination (the "Motion") (Doc. 33) is WITHDRAWN, and the hearing on the Motion, set for January 6, 2021, is hereby VACATED.

IT IS SO ORDERED.

Dated:    **January 4, 2021**                                   /s/ *Sheila K. Oberto*
                                                                                    UNITED STATES MAGISTRATE JUDGE