McGREGOR W. SCOTT
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant
Postmaster General Louis DeJoy

DOW W. PATTEN
FORTHRIGHT LAW, P.C.
50 California St., Suite 1500
San Francisco, CA 94111
415-228-6848
Fax: 415-228-6876

Attorneys for Plaintiff
Theodore W. Mort

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE W. MORT,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LOUIS DEJOY, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,<br><br>　　　　　　　　Defendant. | Case No. 1:19-cv-00652-NONE-SKO<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULE**<br><br>**(Doc. 50)** |

　　　Defendant Postmaster General and Plaintiff Theodore W. Mort respectfully submit this stipulation to modify the case schedule in accordance with the Court's recent order (Dkt. 48 at 6-7).

　　　The parties propose the following modifications to the current case schedule:

STIPULATION AND ORDER TO MODIFY SCHEDULE　　　　　　　　　　　　　　　　　　　　　　　1

| Event | Current Date | Continued Date |
|---|---|---|
| Non-Expert Discovery Completion | January 29, 2021 | **March 5, 2021** |
| Settlement Conference | February 21, 2021 | February 21, 2021 |
| Expert Disclosures | March 12, 2021 | **April 2, 2021** |
| Rebuttal Expert Disclosures | April 23, 2021 | **May 7, 2021** |
| Expert Discovery Completion | June 18, 2021 | June 18, 2021 |
| Non-Dispositive Motion Filing | July 16, 2021 | July 16, 2021 |
| Non-Dispositive Motion Hearing | August 18, 2021 | August 18, 2021 |
| Dispositive Motion Filing | July 16, 2021 | July 16, 2021 |
| Dispositive Motion Hearing | September 13, 2021 | September 13, 2021 |
| Pretrial Conference | November 18, 2021 | November 18, 2021 |
| Trial | January 11, 2022 | January 11, 2022 |

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: February 4, 2021        By:    */s/ Victoria L. Boesch*
                                      VICTORIA L. BOESCH
                                      Assistant United States Attorney

                                      Attorneys for Defendant

Dated: February 4, 2021        By:    */s/Dow W. Patten (authorized 2/4/2021)*
                                      DOW W. PATTEN

                                      FORTHRIGHT LAW, P.C.
                                      Attorneys for Plaintiff

**ORDER**

Having reviewed the parties' above Stipulation to Modify Schedule (Doc. 50), submitted in accordance with the Court's January 25, 2021 order (Doc. 48), the Court GRANTS the parties' request and will modify the scheduling order and enlarge the dates and deadlines as set forth below.

IT IS SO ORDERED.

| Event | Current Date | Continued Date |
|---|---|---|
| Non-Expert Discovery Completion | January 29, 2021 | **March 5, 2021** |
| Settlement Conference[1] | February 25, 2021 | February 25, 2021 |
| Expert Disclosures | March 12, 2021 | **April 2, 2021** |
| Rebuttal Expert Disclosures | April 23, 2021 | **May 7, 2021** |
| Expert Discovery Completion | June 18, 2021 | June 18, 2021 |
| Non-Dispositive Motion Filing | July 16, 2021 | July 16, 2021 |
| Non-Dispositive Motion Hearing | August 18, 2021 | August 18, 2021 |
| Dispositive Motion Filing | July 16, 2021 | July 16, 2021 |
| Dispositive Motion Hearing | September 13, 2021 | September 13, 2021 |
| Pretrial Conference | November 18, 2021 | November 18, 2021 |
| Trial | January 11, 2022 | January 11, 2022 |

Dated:   **February 5, 2021**              /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE

---

[1] The parties erroneously listed the settlement conference date as February 21, 2021 in their stipulation. Pursuant to the Court's Order re Settlement Conference (Doc. 35), the settlement conference is currently set for February 25, 2021.

STIPULATION AND ORDER TO MODIFY SCHEDULE                                                    3