UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE W. MORT,<br><br>Plaintiff,<br><br>v.<br><br>POSTMASTER GENERAL UNITED STATES POSTAL SERVICE,<br><br>Defendant. | No. 1:19-cv-00652-NONE-SKO<br><br>ORDER RE: MOTION TO COMPEL AND VACATING HEARING<br><br>(Doc. 57) |

        On March 2, 2021, Plaintiff Theodore Mort filed a motion to compel production of documents from Defendant Postmaster General United States Postal Service. (Doc. 57.) The parties filed their "Joint Statement re Discovery Disagreement" directed to the motion, as required by this Court's Local Rule 251, on March 31, 2021 (the "Joint Statement"). (Doc. 60.)

        It appears from the Joint Statement that Plaintiff seeks to compel production of documents in response to 21 requests for production. (*See* Doc. 60 at 4–13.) It also appears from the Joint Statement that Defendant has produced documents in response to those requests. (*See id*. at 14–15.) One such production was made as recently as March 2, 2021, the same day Plaintiff filed his motion. (*See id*. at 3, 15.)

        Plaintiff does not address Defendant's assertion in the Joint Statement that Defendant has produced documents responsive to his 21 requests. Thus, it is not clear what further documents Plaintiff is seeking and to what request(s) for production they are responsive. The Joint Statement also does not make clear to the Court that the parties have met and conferred,

1

following Defendant's production on March 2, as to what requests and documents remain in dispute. (*See* Doc. 60 at 3, 18.)

Local Rule 251(b) requires that the parties meet and confer in a good faith effort to resolve the differences that are the subject of a motion to compel before the motion may be heard. It does not appear that the parties have met this requirement as to the documents that are the subject of Plaintiff's motion to compel, which, as indicated above, is not clear at this time. Accordingly, **the hearing on Plaintiff's motion to compel, currently set for April 7, 2021, is hereby VACATED**, to be re-set if appropriate following the parties' meet-and-confer efforts and filing of the amended Joint Statement, as required below.

The parties SHALL meet and confer to narrow the scope of their dispute with respect to Plaintiff's 21 document requests and, to the extent any disagreement remains, SHALL file an amended Joint Statement re Discovery Disagreement in accordance with Local Rule 251(c) **by no later than April 26, 2021**.[1]

The Joint Statement SHALL set forth the details of the conference or conferences held following this order and specify which request(s) for production remain in dispute and the contentions of each party as to **each** individual request. The parties are reminded that "[a]ll arguments and briefing that would otherwise be included in a memorandum of points and authorities supporting or opposing the motion shall be included in this joint statement, and no separate briefing shall be filed." E.D. Cal. L.R. 251(c)(3).

IT IS SO ORDERED.

Dated:   **April 5, 2021**           /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] In light of the potential amendment, the motion to strike directed to documents filed in conjunction with the parties' original Joint Statement (Doc. 62) **is DENIED as MOOT**.