PHILLIP A. TALBERT
United States Attorney
VICTORIA L. BOESCH
PHILIP A. SCARBOROUGH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the Postmaster General

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE W. MORT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS DEJOY, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,<br><br>Defendant. | CASE NO. 1:19-cv-00652-JLT-SKO<br><br>ORDER GRANTING REQUEST TO SHORTEN TIME |

The Postmaster General's seeks an order shortening time to allow the motion for a protective order (Doc. 128) to be heard on shortened time.  Counsel for plaintiff has agreed to the proposed schedule.  Good cause appearing, the request is GRANTED.

Plaintiff's opposition to the motion SHALL be filed no later than August 1, 2022.  Defendant's reply, if any, SHALL be filed no later than August 3, 2022.  The matter shall be heard at the hearing on the parties' motions in limine, currently set for August 4, 2022, at 9:00 a.m.[1]

IT IS SO ORDERED.

Dated:   **July 27, 2022**

UNITED STATES DISTRICT JUDGE

---

[1] If the trial with which the Court is currently engaged is in session on August 4, 2022, the hearing will be reset to 2 p.m. The Court will re-set the motion, if necessary, as soon as it can.