FORTHRIGHT LAW PC
DOW W. PATTEN, ESQ. (SBN: 135931)
50 California St. Suite 1500
San Francisco, CA 94111
Telephone: (415) 228-6848
Facsimile: (415) 228-6876

Attorney for Plaintiff
THEODORE MORT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE MORT, an individual, | CASE NO. 1:19-cv-00652-JLT-SKO |
| Plaintiff, | |
| v. | **PLAINTIFF'S WAIVER OF TRIAL BRIEF** |
| MEGAN J. BRENNAN, POSTMASTER GENERAL UNITED STATES POSTAL SERVICE; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiff Theodore W. Mort hereby waives his right to file Trial Brief in this matter.

Dated: AUGUST 1, 2022                                   FORTHRIGHT LAW, P.C.

                                                         */S/ DOW W. PATTEN*
                                                         DOW W. PATTEN
                                                         Attorney for Plaintiff