IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE W. MORT, an individual,<br><br>               Plaintiff,<br><br>    v.<br><br>LOUIS DEJOY, POSTMASTER GENERAL,<br>UNITED STATES POSTAL SERVICE,<br><br>             Defendant. | CASE NO. 1:19-cv-00652-JLT-SKO<br><br>**ORDER GRANTING LEAVE TO TAKE DE BENE ESSE DEPOSITION OF DR. MARTIN ALLEN**<br><br>**TRIAL: April 10, 2023**<br>**JUDGE: Hon. Jennifer L. Thurston** |

**ORDER**

    Having reviewed the Request for De Bene Esse Deposition of Dr. Martin Allen filed by the Postmaster General, which indicates Plaintiff does not object to this request, and finding good cause shown, the Court grants leave to take the requested deposition to preserve Dr. Allen's trial testimony.

IT IS SO ORDERED.

    Dated:   **September 29, 2022**

UNITED STATES DISTRICT JUDGE