**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THEODORE W. MORT,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LOUIS DEJOY, Postmaster General<br>United States Postal Service,<br><br>　　　　　　Defendant. | Case No.  1:19-cv-0652-JLT-SKO<br><br>ORDER RE: NEUTRAL STATEMENT OF THE CASE |

The parties have not filed a neutral statement of the case for use during jury selection. The Court has drafted a neutral statement as follows:

> Mr. Mort claims that he suffered retaliation after he filed a complaint alleging discrimination. He claims also that he suffered discrimination when the defendant treated him as if he had a disability by sending him to "fitness for duty" examinations despite that he was not disabled.
>
> The defendant claims that Mr. Mort was placed on administrative leave to allow an investigation into his alleged misconduct. The defendant refused to allow him to return to work because his mental state precluded him from working and because the defendant discovered Mr. Mort had engaged in misconduct at his previous employment, which made him unqualified for his job.

///

///

///

///

1    Counsel SHALL be prepared to discuss this draft statement at the onset of jury selection.
2 Alternatively, they may file a **joint** neutral statement of the case no later than noon on April 11,
3 2023.

IT IS SO ORDERED.

Dated:   **April 9, 2023**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE

2