FORTHRIGHT LAW, P.C.
DOW W. PATTEN, ESQ. (SBN: 135931)
50 California St., Suite 1500
San Francisco, CA 94111
Telephone: (415) 228-6848
Facsimile: (415) 228-6876

Attorneys for Plaintiff
THEODORE MORT

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE MORT, an individual | **Case No.**: 1:19-CV-00652-JLT-SKO |
| Plaintiff, | **PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF OFFICE OF PERSONNEL MANAGMENT DOCUMENT.** |
| v. | |
| LOUIS DEJOY POSTMASTER GENERAL USPS; and DOES 1-10 | |
| Defendants. | |

Plaintiff Theodore Mort, through the undersigned counsel of record hereby hereby requests that the Court take judicial notice of the following Office of Personnel Management Salary Table pursuant to Federal Rule of Evidence 201(b).

**Argument**

Plaintiff requests judicial notice of a document created by an governmental agency: the Office of Personnel Management attached hereto as **Exhibit A**. The document is a series of tables comprising the SALARY TABLE 2013 -2023 FOR THE LOCALITY PAY AREA OF REST OF U.S., obtained from http:www/opm.gov.

Documents published by governmental organizations such as the Office of Personnel Management are considered "published by a governmental entity and are not subject to reasonable dispute" and thus "are appropriate for judicial notice." *Barber v. Nestle USA, Inc.*,

154 F.Supp.3d 954, 958 (C.D. Cal. 2015), *aff'd*, 730 F.App'x 464 (9th Cir. 2018).

The document that Plaintiff requests this Court to judicially notice is published by the Office of Personnel Management ("OPM"), an agency of the United States Government responsible for establishing payment schedules for federal employees, including those of the United States Postal Inspection Service. The OPM, is a "source[s] whose accuracy cannot reasonably be questioned." Fed. Rule of Evid. 201(b)(2). This Court should take judicial notice of this document accordingly.

## Conclusion

For the aforementioned reasons, Plaintiff respectfully requests this Court take judicial notice of the document described above and attached hereto as **Exhibit A**.

Respectfully submitted, this 20th day of April 2023,

FORTHRIGHT LAW, P.C.


 */s/ Dow W. Patten*
DOW W. PATTEN
Attorney for Plaintiff
THEODORE MORT

EXHIBIT "A"

## SALARY TABLE 2013-RUS
## INCORPORATING A LOCALITY PAYMENT OF 14.16%
## FOR THE LOCALITY PAY AREA OF REST OF U.S.
## RATES FROZEN AT 2010 LEVELS

### EFFECTIVE JANUARY 2013

*Annual Rates by Grade and Step*

| Grade | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $ 20,324 | $ 21,003 | $ 21,679 | $ 22,351 | $ 23,027 | $ 23,424 | $ 24,092 | $ 24,766 | $ 24,792 | $ 25,422 |
| 2 | 22,851 | 23,395 | 24,151 | 24,792 | 25,071 | 25,808 | 26,546 | 27,283 | 28,021 | 28,758 |
| 3 | 24,933 | 25,764 | 26,595 | 27,426 | 28,257 | 29,088 | 29,919 | 30,750 | 31,581 | 32,412 |
| 4 | 27,990 | 28,922 | 29,855 | 30,788 | 31,720 | 32,653 | 33,586 | 34,519 | 35,451 | 36,384 |
| 5 | 31,315 | 32,359 | 33,402 | 34,445 | 35,489 | 36,532 | 37,576 | 38,619 | 39,663 | 40,706 |
| 6 | 34,907 | 36,070 | 37,233 | 38,397 | 39,560 | 40,723 | 41,886 | 43,050 | 44,213 | 45,376 |
| 7 | 38,790 | 40,084 | 41,377 | 42,671 | 43,964 | 45,258 | 46,551 | 47,844 | 49,138 | 50,431 |
| 8 | 42,960 | 44,391 | 45,823 | 47,254 | 48,686 | 50,117 | 51,549 | 52,981 | 54,412 | 55,844 |
| 9 | 47,448 | 49,029 | 50,611 | 52,192 | 53,773 | 55,354 | 56,935 | 58,516 | 60,097 | 61,678 |
| 10 | 52,252 | 53,994 | 55,736 | 57,478 | 59,221 | 60,963 | 62,705 | 64,447 | 66,189 | 67,931 |
| 11 | 57,408 | 59,321 | 61,234 | 63,148 | 65,061 | 66,974 | 68,888 | 70,801 | 72,714 | 74,628 |
| 12 | 68,809 | 71,102 | 73,396 | 75,689 | 77,983 | 80,276 | 82,570 | 84,863 | 87,157 | 89,450 |
| 13 | 81,823 | 84,550 | 87,278 | 90,005 | 92,732 | 95,459 | 98,187 | 100,914 | 103,641 | 106,369 |
| 14 | 96,690 | 99,913 | 103,136 | 106,358 | 109,581 | 112,804 | 116,027 | 119,249 | 122,472 | 125,695 |
| 15 | 113,735 | 117,527 | 121,318 | 125,109 | 128,900 | 132,692 | 136,483 | 140,274 | 144,065 | 147,857 |

Applicable locations are shown on the 2013 Locality Pay Area Definitions page: http://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/2013/locality-pay-area-definitions/

## SALARY TABLE 2014-RUS
### INCORPORATING THE 1% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 14.16%
### FOR THE LOCALITY PAY AREA OF REST OF U.S.
### TOTAL INCREASE: 1%
### EFFECTIVE JANUARY 2014

*Annual Rates by Grade and Step*

| Grade | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $ 20,527 | $ 21,213 | $ 21,896 | $ 22,575 | $ 23,258 | $ 23,659 | $ 24,333 | $ 25,014 | $ 25,040 | $ 25,679 |
| 2 | 23,080 | 23,629 | 24,393 | 25,040 | 25,320 | 26,064 | 26,808 | 27,553 | 28,297 | 29,041 |
| 3 | 25,181 | 26,020 | 26,860 | 27,699 | 28,538 | 29,377 | 30,216 | 31,055 | 31,894 | 32,733 |
| 4 | 28,269 | 29,211 | 30,153 | 31,095 | 32,037 | 32,979 | 33,920 | 34,862 | 35,804 | 36,746 |
| 5 | 31,628 | 32,683 | 33,738 | 34,793 | 35,847 | 36,902 | 37,957 | 39,012 | 40,067 | 41,122 |
| 6 | 35,256 | 36,431 | 37,605 | 38,780 | 39,955 | 41,130 | 42,304 | 43,479 | 44,654 | 45,828 |
| 7 | 39,179 | 40,485 | 41,791 | 43,097 | 44,403 | 45,709 | 47,015 | 48,321 | 49,626 | 50,932 |
| 8 | 43,389 | 44,835 | 46,282 | 47,728 | 49,174 | 50,621 | 52,067 | 53,514 | 54,960 | 56,406 |
| 9 | 47,923 | 49,520 | 51,117 | 52,715 | 54,312 | 55,909 | 57,506 | 59,103 | 60,700 | 62,297 |
| 10 | 52,775 | 54,534 | 56,293 | 58,053 | 59,812 | 61,571 | 63,330 | 65,089 | 66,849 | 68,608 |
| 11 | 57,982 | 59,915 | 61,847 | 63,780 | 65,713 | 67,646 | 69,578 | 71,511 | 73,444 | 75,376 |
| 12 | 69,497 | 71,813 | 74,130 | 76,446 | 78,762 | 81,079 | 83,395 | 85,711 | 88,028 | 90,344 |
| 13 | 82,642 | 85,396 | 88,151 | 90,906 | 93,660 | 96,415 | 99,170 | 101,924 | 104,679 | 107,434 |
| 14 | 97,657 | 100,912 | 104,166 | 107,421 | 110,676 | 113,931 | 117,185 | 120,440 | 123,695 | 126,949 |
| 15 | 114,872 | 118,701 | 122,530 | 126,359 | 130,188 | 134,017 | 137,846 | 141,675 | 145,504 | 149,333 |

Applicable locations are shown on the 2014 Locality Pay Area Definitions page: http://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/2014/locality-pay-area-definitions/

## SALARY TABLE 2015-RUS
### INCORPORATING THE 1% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 14.16%
### FOR THE LOCALITY PAY AREA OF REST OF U.S.
### TOTAL INCREASE: 1%
### EFFECTIVE JANUARY 2015

*Annual Rates by Grade and Step*

| Grade | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $ 20,733 | $ 21,426 | $ 22,115 | $ 22,801 | $ 23,491 | $ 23,895 | $ 24,576 | $ 25,264 | $ 25,290 | $ 25,928 |
| 2 | 23,310 | 23,865 | 24,637 | 25,290 | 25,575 | 26,328 | 27,080 | 27,832 | 28,585 | 29,337 |
| 3 | 25,434 | 26,282 | 27,130 | 27,978 | 28,827 | 29,675 | 30,523 | 31,371 | 32,219 | 33,068 |
| 4 | 28,553 | 29,505 | 30,457 | 31,409 | 32,361 | 33,313 | 34,265 | 35,217 | 36,169 | 37,121 |
| 5 | 31,944 | 33,009 | 34,074 | 35,140 | 36,205 | 37,270 | 38,335 | 39,400 | 40,465 | 41,530 |
| 6 | 35,609 | 36,796 | 37,983 | 39,171 | 40,358 | 41,545 | 42,732 | 43,920 | 45,107 | 46,294 |
| 7 | 39,570 | 40,889 | 42,207 | 43,526 | 44,844 | 46,163 | 47,481 | 48,800 | 50,119 | 51,437 |
| 8 | 43,823 | 45,284 | 46,745 | 48,206 | 49,668 | 51,129 | 52,590 | 54,051 | 55,513 | 56,974 |
| 9 | 48,403 | 50,016 | 51,629 | 53,242 | 54,855 | 56,468 | 58,081 | 59,694 | 61,307 | 62,920 |
| 10 | 53,302 | 55,079 | 56,855 | 58,631 | 60,408 | 62,184 | 63,960 | 65,737 | 67,513 | 69,289 |
| 11 | 58,562 | 60,514 | 62,466 | 64,418 | 66,370 | 68,322 | 70,275 | 72,227 | 74,179 | 76,131 |
| 12 | 70,192 | 72,533 | 74,873 | 77,213 | 79,554 | 81,894 | 84,234 | 86,574 | 88,915 | 91,255 |
| 13 | 83,468 | 86,250 | 89,032 | 91,814 | 94,596 | 97,378 | 100,161 | 102,943 | 105,725 | 108,507 |
| 14 | 98,633 | 101,921 | 105,209 | 108,497 | 111,784 | 115,072 | 118,360 | 121,648 | 124,936 | 128,223 |
| 15 | 116,021 | 119,889 | 123,756 | 127,624 | 131,492 | 135,360 | 139,227 | 143,095 | 146,963 | 150,830 |

Applicable locations are shown on the 2015 Locality Pay Area Definitions page: http://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/2015/locality-pay-area-definitions/

## SALARY TABLE 2016-RUS
## INCORPORATING THE 1% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 14.35%
## FOR THE LOCALITY PAY AREA OF REST OF U.S.
## TOTAL INCREASE: 1.17%
## EFFECTIVE JANUARY 2016

*Annual Rates by Grade and Step*

| Grade | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $ 20,975 | $ 21,676 | $ 22,374 | $ 23,068 | $ 23,765 | $ 24,174 | $ 24,863 | $ 25,558 | $ 25,586 | $ 26,233 |
| 2 | 23,582 | 24,144 | 24,925 | 25,586 | 25,876 | 26,638 | 27,399 | 28,161 | 28,923 | 29,684 |
| 3 | 25,731 | 26,589 | 27,446 | 28,304 | 29,162 | 30,019 | 30,877 | 31,734 | 32,592 | 33,450 |
| 4 | 28,886 | 29,849 | 30,812 | 31,774 | 32,737 | 33,700 | 34,663 | 35,626 | 36,589 | 37,551 |
| 5 | 32,318 | 33,395 | 34,472 | 35,549 | 36,626 | 37,703 | 38,781 | 39,858 | 40,935 | 42,012 |
| 6 | 36,025 | 37,225 | 38,426 | 39,627 | 40,828 | 42,028 | 43,229 | 44,430 | 45,630 | 46,831 |
| 7 | 40,033 | 41,367 | 42,702 | 44,036 | 45,371 | 46,705 | 48,040 | 49,374 | 50,709 | 52,043 |
| 8 | 44,335 | 45,812 | 47,289 | 48,767 | 50,244 | 51,722 | 53,199 | 54,676 | 56,154 | 57,631 |
| 9 | 48,968 | 50,600 | 52,232 | 53,863 | 55,495 | 57,127 | 58,759 | 60,391 | 62,022 | 63,654 |
| 10 | 53,925 | 55,723 | 57,520 | 59,318 | 61,116 | 62,913 | 64,711 | 66,508 | 68,306 | 70,103 |
| 11 | 59,246 | 61,221 | 63,196 | 65,170 | 67,145 | 69,120 | 71,095 | 73,070 | 75,044 | 77,019 |
| 12 | 71,012 | 73,380 | 75,747 | 78,114 | 80,481 | 82,848 | 85,215 | 87,582 | 89,949 | 92,316 |
| 13 | 84,443 | 87,258 | 90,073 | 92,889 | 95,704 | 98,519 | (101,335) | 104,150 | 106,965 | 109,781 |
| 14 | 99,785 | 103,112 | 106,438 | 109,765 | 113,091 | 116,417 | 119,744 | 123,070 | 126,397 | 129,723 |
| 15 | 117,376 | 121,289 | 125,202 | 129,115 | 133,028 | 136,941 | 140,854 | 144,767 | 148,680 | 152,593 |

Applicable locations are shown on the 2016 Locality Pay Area Definitions page: http://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/2016/locality-pay-area-definitions/

## SALARY TABLE 2017-RUS
### INCORPORATING THE 1% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 15.06%
### FOR THE LOCALITY PAY AREA OF REST OF U.S.
### TOTAL INCREASE: 1.63%
### EFFECTIVE JANUARY 2017

*Annual Rates by Grade and Step*

| Grade | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $ 21,316 | $ 22,029 | $ 22,738 | $ 23,443 | $ 24,152 | $ 24,566 | $ 25,267 | $ 25,975 | $ 26,002 | $ 26,661 |
| 2 | 23,966 | 24,537 | 25,330 | 26,002 | 26,295 | 27,068 | 27,841 | 28,614 | 29,387 | 30,161 |
| 3 | 26,150 | 27,022 | 27,894 | 28,766 | 29,638 | 30,510 | 31,383 | 32,255 | 33,127 | 33,999 |
| 4 | 29,356 | 30,334 | 31,312 | 32,290 | 33,268 | 34,246 | 35,224 | 36,202 | 37,180 | 38,158 |
| 5 | 32,844 | 33,939 | 35,035 | 36,130 | 37,225 | 38,321 | 39,416 | 40,511 | 41,607 | 42,702 |
| 6 | 36,611 | 37,832 | 39,053 | 40,273 | 41,494 | 42,715 | 43,936 | 45,156 | 46,377 | 47,598 |
| 7 | 40,684 | 42,041 | 43,397 | 44,754 | 46,110 | 47,467 | 48,823 | 50,180 | 51,537 | 52,893 |
| 8 | 45,056 | 46,558 | 48,059 | 49,561 | 51,062 | 52,564 | 54,066 | 55,567 | 57,069 | 58,570 |
| 9 | 49,765 | 51,424 | 53,083 | 54,742 | 56,401 | 58,060 | 59,720 | 61,379 | 63,038 | 64,697 |
| 10 | 54,803 | 56,630 | 58,457 | 60,285 | 62,112 | 63,939 | 65,766 | 67,593 | 69,420 | 71,247 |
| 11 | 60,210 | 62,216 | 64,223 | 66,230 | 68,236 | 70,243 | 72,250 | 74,256 | 76,263 | 78,270 |
| 12 | 72,168 | 74,574 | 76,980 | 79,386 | 81,792 | 84,197 | 86,603 | 89,009 | 91,415 | 93,821 |
| 13 | 85,816 | 88,677 | 91,537 | 94,398 | 97,258 | 100,118 | 102,979 | 105,839 | 108,699 | 111,560 |
| 14 | 101,409 | 104,790 | 108,170 | 111,551 | 114,931 | 118,312 | 121,692 | 125,073 | 128,453 | 131,833 |
| 15 | 119,285 | 123,261 | 127,238 | 131,214 | 135,191 | 139,167 | 143,144 | 147,120 | 151,097 | 155,073 |

Applicable locations are shown on the 2017 Locality Pay Area Definitions page: http://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/2017/locality-pay-area-definitions/

## SALARY TABLE 2018-RUS
### INCORPORATING THE 1.4% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 15.37%
### FOR THE LOCALITY PAY AREA OF REST OF U.S.
### TOTAL INCREASE: 1.67%
### EFFECTIVE JANUARY 2018

*Annual Rates by Grade and Step*

| Grade | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $ 21,672 | $ 22,398 | $ 23,119 | $ 23,835 | $ 24,557 | $ 24,978 | $ 25,689 | $ 26,409 | $ 26,437 | $ 27,114 |
| 2 | 24,367 | 24,948 | 25,754 | 26,437 | 26,737 | 27,524 | 28,311 | 29,097 | 29,884 | 30,671 |
| 3 | 26,587 | 27,473 | 28,359 | 29,245 | 30,131 | 31,017 | 31,903 | 32,789 | 33,675 | 34,561 |
| 4 | 29,847 | 30,842 | 31,836 | 32,831 | 33,825 | 34,820 | 35,814 | 36,809 | 37,803 | 38,798 |
| 5 | 33,394 | 34,507 | 35,620 | 36,734 | 37,847 | 38,960 | 40,074 | 41,187 | 42,300 | 43,414 |
| 6 | 37,223 | 38,463 | 39,703 | 40,944 | 42,184 | 43,424 | 44,664 | 45,905 | 47,145 | 48,385 |
| 7 | 41,365 | 42,743 | 44,122 | 45,501 | 46,879 | 48,258 | 49,637 | 51,015 | 52,394 | 53,773 |
| 8 | 45,810 | 47,337 | 48,865 | 50,392 | 51,920 | 53,447 | 54,975 | 56,502 | 58,030 | 59,557 |
| 9 | 50,598 | 52,285 | 53,971 | 55,658 | 57,345 | 59,031 | 60,718 | 62,405 | 64,091 | 65,778 |
| 10 | 55,720 | 57,578 | 59,435 | 61,293 | 63,150 | 65,008 | 66,865 | 68,722 | 70,580 | 72,437 |
| 11 | 61,218 | 63,259 | 65,299 | 67,340 | 69,381 | 71,422 | 73,463 | 75,504 | 77,545 | 79,586 |
| 12 | 73,375 | 75,821 | 78,267 | 80,713 | 83,159 | 85,605 | 88,050 | 90,496 | 92,942 | 95,388 |
| 13 | 87,252 | 90,161 | 93,069 | 95,977 | 98,886 | 101,794 | 104,703 | 107,611 | 110,520 | 113,428 |
| 14 | 103,106 | 106,543 | 109,980 | 113,417 | 116,854 | 120,291 | 123,727 | 127,164 | 130,601 | 134,038 |
| 15 | 121,280 | 125,323 | 129,366 | 133,408 | 137,451 | 141,493 | 145,536 | 149,578 | 153,621 | 157,663 |

Applicable locations are shown on the 2018 Locality Pay Area Definitions page: http://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/2018/locality-pay-area-definitions/

## SALARY TABLE 2019-RUS
### INCORPORATING THE 1.4% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 15.67%
### FOR THE LOCALITY PAY AREA OF REST OF U.S.
### TOTAL INCREASE: 1.66%
### EFFECTIVE JANUARY 2019

*Annual Rates by Grade and Step*

| Grade | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $ 22,033 | $ 22,771 | $ 23,504 | $ 24,232 | $ 24,965 | $ 25,393 | $ 26,117 | $ 26,848 | $ 26,877 | $ 27,561 |
| 2 | 24,773 | 25,363 | 26,183 | 26,877 | 27,179 | 27,978 | 28,778 | 29,577 | 30,376 | 31,175 |
| 3 | 27,030 | 27,931 | 28,832 | 29,733 | 30,634 | 31,535 | 32,436 | 33,337 | 34,238 | 35,139 |
| 4 | 30,344 | 31,355 | 32,366 | 33,377 | 34,388 | 35,398 | 36,409 | 37,420 | 38,431 | 39,442 |
| 5 | 33,949 | 35,080 | 36,212 | 37,343 | 38,474 | 39,605 | 40,737 | 41,868 | 42,999 | 44,130 |
| 6 | 37,843 | 39,105 | 40,367 | 41,628 | 42,890 | 44,152 | 45,414 | 46,676 | 47,938 | 49,200 |
| 7 | 42,053 | 43,455 | 44,857 | 46,259 | 47,661 | 49,063 | 50,465 | 51,866 | 53,268 | 54,670 |
| 8 | 46,572 | 48,125 | 49,677 | 51,229 | 52,781 | 54,334 | 55,886 | 57,438 | 58,991 | 60,543 |
| 9 | 51,440 | 53,154 | 54,868 | 56,582 | 58,297 | 60,011 | 61,725 | 63,439 | 65,153 | 66,868 |
| 10 | 56,647 | 58,535 | 60,423 | 62,310 | 64,198 | 66,086 | 67,973 | 69,861 | 71,749 | 73,637 |
| 11 | 62,236 | 64,311 | 66,386 | 68,462 | 70,537 | 72,612 | 74,687 | 76,762 | 78,837 | 80,912 |
| 12 | 74,596 | 77,082 | 79,569 | 82,056 | 84,543 | 87,030 | 89,517 | 92,004 | 94,491 | 96,978 |
| 13 | 88,704 | 91,660 | 94,617 | 97,573 | 100,530 | 103,486 | 106,443 | 109,400 | 112,356 | 115,313 |
| 14 | 104,821 | 108,316 | 111,810 | 115,304 | 118,799 | 122,293 | 125,788 | 129,282 | 132,776 | 136,271 |
| 15 | 123,298 | 127,408 | 131,518 | 135,628 | 139,737 | 143,847 | 147,957 | 152,067 | 156,176 | 160,286 |

Applicable locations are shown on the 2019 Locality Pay Area Definitions page: http://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/2019/locality-pay-area-definitions/

## SALARY TABLE 2020-RUS
### INCORPORATING THE 2.6% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 15.95%
### FOR THE LOCALITY PAY AREA OF REST OF U.S.
### TOTAL INCREASE: 2.85%
### EFFECTIVE JANUARY 2020

*Annual Rates by Grade and Step*

| Grade | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $ 22,660 | $ 23,420 | $ 24,173 | $ 24,922 | $ 25,676 | $ 26,117 | $ 26,861 | $ 27,612 | $ 27,642 | $ 28,347 |
| 2 | 25,479 | 26,085 | 26,929 | 27,642 | 27,953 | 28,775 | 29,597 | 30,419 | 31,242 | 32,064 |
| 3 | 27,800 | 28,727 | 29,653 | 30,579 | 31,506 | 32,432 | 33,359 | 34,285 | 35,212 | 36,138 |
| 4 | 31,208 | 32,248 | 33,288 | 34,328 | 35,368 | 36,408 | 37,448 | 38,488 | 39,529 | 40,569 |
| 5 | 34,916 | 36,080 | 37,244 | 38,408 | 39,573 | 40,737 | 41,901 | 43,065 | 44,229 | 45,393 |
| 6 | 38,921 | 40,218 | 41,516 | 42,813 | 44,111 | 45,408 | 46,706 | 48,003 | 49,301 | 50,598 |
| 7 | 43,251 | 44,692 | 46,133 | 47,574 | 49,016 | 50,457 | 51,898 | 53,339 | 54,781 | 56,222 |
| 8 | 47,899 | 49,496 | 51,092 | 52,689 | 54,285 | 55,882 | 57,479 | 59,075 | 60,672 | 62,269 |
| 9 | 52,905 | 54,668 | 56,432 | 58,195 | 59,959 | 61,723 | 63,486 | 65,250 | 67,013 | 68,777 |
| 10 | 58,260 | 60,202 | 62,145 | 64,087 | 66,029 | 67,971 | 69,913 | 71,855 | 73,798 | 75,740 |
| 11 | 64,009 | 66,143 | 68,276 | 70,409 | 72,543 | 74,676 | 76,810 | 78,943 | 81,077 | 83,210 |
| 12 | 76,721 | 79,278 | 81,836 | 84,394 | 86,952 | 89,510 | 92,068 | 94,626 | 97,183 | 99,741 |
| 13 | 91,231 | 94,272 | 97,313 | 100,355 | 103,396 | 106,437 | 109,479 | 112,520 | 115,562 | 118,603 |
| 14 | 107,807 | 111,400 | 114,993 | 118,587 | 122,180 | 125,773 | 129,367 | 132,960 | 136,553 | 140,146 |
| 15 | 126,810 | 131,037 | 135,265 | 139,492 | 143,720 | 147,948 | 152,175 | 156,403 | 160,630 | 164,858 |

Applicable locations are shown on the 2020 Locality Pay Area Definitions page: http://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/2020/locality-pay-area-definitions/

## SALARY TABLE 2021-RUS
### INCORPORATING THE 1% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 15.95%
### FOR THE LOCALITY PAY AREA OF REST OF U.S.
### TOTAL INCREASE: 1%
### EFFECTIVE JANUARY 2021

*Annual Rates by Grade and Step*

| Grade | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $ 22,886 | $ 23,654 | $ 24,414 | $ 25,172 | $ 25,932 | $ 26,377 | $ 27,130 | $ 27,888 | $ 27,918 | $ 28,628 |
| 2 | 25,734 | 26,346 | 27,198 | 27,918 | 28,233 | 29,063 | 29,893 | 30,723 | 31,553 | 32,384 |
| 3 | 28,078 | 29,014 | 29,950 | 30,886 | 31,821 | 32,757 | 33,693 | 34,628 | 35,564 | 36,500 |
| 4 | 31,520 | 32,570 | 33,621 | 34,671 | 35,722 | 36,772 | 37,823 | 38,873 | 39,924 | 40,974 |
| 5 | 35,265 | 36,441 | 37,616 | 38,792 | 39,968 | 41,144 | 42,319 | 43,495 | 44,671 | 45,847 |
| 6 | 39,311 | 40,621 | 41,931 | 43,241 | 44,551 | 45,862 | 47,172 | 48,482 | 49,792 | 51,103 |
| 7 | 43,683 | 45,139 | 46,596 | 48,052 | 49,508 | 50,965 | 52,421 | 53,877 | 55,334 | 56,790 |
| 8 | 48,378 | 49,991 | 51,604 | 53,216 | 54,829 | 56,442 | 58,055 | 59,668 | 61,281 | 62,894 |
| 9 | 53,433 | 55,214 | 56,995 | 58,776 | 60,557 | 62,338 | 64,119 | 65,900 | 67,681 | 69,462 |
| 10 | 58,842 | 60,804 | 62,766 | 64,728 | 66,690 | 68,652 | 70,614 | 72,575 | 74,537 | 76,499 |
| 11 | 64,649 | 66,805 | 68,960 | 71,116 | 73,271 | 75,427 | 77,582 | 79,738 | 81,893 | 84,049 |
| 12 | 77,488 | 80,072 | 82,655 | 85,238 | 87,822 | 90,405 | 92,988 | 95,572 | 98,155 | 100,739 |
| 13 | 92,143 | 95,215 | 98,286 | 101,358 | 104,429 | 107,501 | 110,572 | (113,644) | 116,715 | 119,787 |
| 14 | 108,885 | 112,514 | 116,144 | 119,773 | 123,402 | 127,031 | 130,661 | 134,290 | 137,919 | 141,548 |
| 15 | 128,078 | 132,348 | 136,617 | 140,886 | 145,155 | 149,425 | 153,694 | 157,963 | 162,233 | 166,502 |

Applicable locations are shown on the 2021 Locality Pay Area Definitions page: http://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/2021/locality-pay-area-definitions/

## SALARY TABLE 2022-RUS
### INCORPORATING THE 2.2% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 16.20%
### FOR THE LOCALITY PAY AREA OF REST OF U.S.
### TOTAL INCREASE: 2.42%
### EFFECTIVE JANUARY 2022

*Annual Rates by Grade and Step*

| Grade | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $ 23,440 | $ 24,227 | $ 25,005 | $ 25,781 | $ 26,560 | $ 27,015 | $ 27,787 | $ 28,563 | $ 28,594 | $ 29,322 |
| 2 | 26,356 | 26,984 | 27,857 | 28,594 | 28,918 | 29,768 | 30,619 | 31,469 | 32,320 | 33,170 |
| 3 | 28,758 | 29,717 | 30,676 | 31,634 | 32,593 | 33,552 | 34,510 | 35,469 | 36,428 | 37,386 |
| 4 | 32,283 | 33,359 | 34,435 | 35,511 | 36,587 | 37,663 | 38,739 | 39,815 | 40,891 | 41,967 |
| 5 | 36,118 | 37,322 | 38,526 | 39,730 | 40,934 | 42,138 | 43,341 | 44,545 | 45,749 | 46,953 |
| 6 | 40,262 | 41,604 | 42,946 | 44,288 | 45,631 | 46,973 | 48,315 | 49,657 | 50,999 | 52,341 |
| 7 | 44,740 | 46,231 | 47,722 | 49,213 | 50,704 | 52,195 | 53,686 | 55,176 | 56,667 | 58,158 |
| 8 | 49,549 | 51,200 | 52,851 | 54,502 | 56,154 | 57,805 | 59,456 | 61,107 | 62,758 | 64,410 |
| 9 | 54,727 | 56,551 | 58,375 | 60,200 | 62,024 | 63,848 | 65,673 | 67,497 | 69,321 | 71,146 |
| 10 | 60,266 | 62,275 | 64,284 | 66,293 | 68,302 | 70,311 | 72,321 | 74,330 | 76,339 | 78,348 |
| 11 | 66,214 | 68,421 | 70,628 | 72,834 | 75,041 | 77,247 | 79,454 | 81,661 | 83,867 | 86,074 |
| 12 | 79,363 | 82,009 | 84,655 | 87,301 | 89,947 | 92,593 | 95,239 | 97,885 | 100,530 | 103,176 |
| 13 | 94,373 | 97,519 | 100,664 | 103,810 | 106,955 | 110,101 | 113,246 | 116,392 | 119,537 | 122,683 |
| 14 | 111,521 | 115,238 | 118,955 | 122,672 | 126,390 | 130,107 | 133,824 | 137,541 | 141,259 | 144,976 |
| 15 | 131,178 | 135,551 | 139,923 | 144,296 | 148,669 | 153,041 | 157,414 | 161,786 | 166,159 | 170,532 |

Applicable locations are shown on the 2022 Locality Pay Area Definitions page: http://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/2022/locality-pay-area-definitions/

## SALARY TABLE 2023-RUS
### INCORPORATING THE 4.1% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 16.50%
### FOR THE LOCALITY PAY AREA OF REST OF U.S.
### TOTAL INCREASE: 4.37%
### EFFECTIVE JANUARY 2023

*Annual Rates by Grade and Step*

| Grade | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $ 24,464 | $ 25,285 | $ 26,097 | $ 26,908 | $ 27,720 | $ 28,195 | $ 29,000 | $ 29,811 | $ 29,844 | $ 30,608 |
| 2 | 27,508 | 28,163 | 29,074 | 29,844 | 30,180 | 31,068 | 31,956 | 32,844 | 33,731 | 34,619 |
| 3 | 30,015 | 31,016 | 32,017 | 33,017 | 34,018 | 35,019 | 36,019 | 37,020 | 38,021 | 39,022 |
| 4 | 33,693 | 34,816 | 35,939 | 37,062 | 38,185 | 39,308 | 40,431 | 41,554 | 42,677 | 43,801 |
| 5 | 37,696 | 38,953 | 40,210 | 41,467 | 42,724 | 43,981 | 45,238 | 46,495 | 47,752 | 49,009 |
| 6 | 42,022 | 43,422 | 44,822 | 46,223 | 47,623 | 49,023 | 50,424 | 51,824 | 53,224 | 54,625 |
| 7 | 46,696 | 48,252 | 49,808 | 51,365 | 52,921 | 54,478 | 56,034 | 57,591 | 59,147 | 60,703 |
| 8 | 51,713 | 53,437 | 55,162 | 56,886 | 58,610 | 60,334 | 62,058 | 63,783 | 65,507 | 67,231 |
| 9 | 57,118 | 59,021 | 60,925 | 62,828 | 64,732 | 66,636 | 68,539 | 70,443 | 72,347 | 74,250 |
| 10 | 62,898 | 64,995 | 67,092 | 69,189 | 71,286 | 73,383 | 75,480 | 77,577 | 79,674 | 81,771 |
| 11 | 69,107 | 71,410 | 73,713 | 76,016 | 78,319 | 80,623 | 82,926 | 85,229 | 87,532 | 89,835 |
| 12 | 82,830 | 85,591 | 88,352 | 91,113 | 93,875 | 96,636 | 99,397 | 102,158 | 104,919 | 107,680 |
| 13 | 98,496 | 101,779 | 105,062 | 108,345 | 111,628 | 114,911 | 118,194 | 121,477 | 124,760 | 128,043 |
| 14 | 116,393 | 120,272 | 124,152 | 128,031 | 131,911 | 135,790 | 139,670 | 143,549 | 147,428 | 151,308 |
| 15 | 136,908 | 141,472 | 146,035 | 150,598 | 155,162 | 159,725 | 164,288 | 168,852 | 173,415 | 177,978 |

Applicable locations are shown on the 2023 Locality Pay Area Definitions page: http://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/2023/locality-pay-area-definitions/

**PROOF OF SERVICE**

I declare:

My business address is 50 California Street, Suite 1500, San Francisco, CA 94111. I am over the age of 18 and am not a party to this action. I am familiar with the business practices at my place of business for collection and processing of mail. Mail collected and processed is deposited with the U.S. Postal Service that same day in the ordinary course of business. On April 20, 2023 I caused to be served:

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF OFFICE OF PERSONNEL MANAGMENT DOCUMENT.**

on the party(ies) listed below, addressed as follows:

Victoria L. Boesch
Robert T. Matsui US Courthouse
501 I Street, Suite 10-100
Sacramento, CA 95814
Email: Victoria.Boesch@usdoj.gov

    _____**By facsimile machine (FAX)** by personally transmitting a true copy thereof via an electronic facsimile machine between the hours of 9:00 a.m. and 5:00 p.m.

    _____**By first class mail** by depositing a sealed envelope in the United States mail at San Leandro, California, with postage fully prepaid.

    \_\_X\_\_**By E-Service**: Victoria.Boesch@usdoj.gov

    _____**By overnight mail**.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.  Executed on April 20, 20223  at Fresno, California.

                                              */S/ DOW W. PATTEN*