**FILED**

APR 27 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

THEODORE W. MORT, an individual,

        Plaintiff,

    v.

LOUIS DEJOY, POSTMASTER
GENERAL, UNITED STATES POSTAL
SERVICE,

        Defendant.

Case No.  1:19-cv-00652-JLT-SKO

## <u>NOTE FROM THE JURY</u>

_____ The jury has reached a unanimous verdict.  Time:_____

_____ The jury requests the following:

_____

_____

_____

_____

_____



1

1

✓   The jury has the following question(s):

2   We need clarification regarding

3   "adverse employment action" verbiage,

4   as well as "allowing the plaintiff

5   to return to work" → Does this

6   regard initially or his termination?

7

8

9

10   DATED: 4/26/23                     ████████████████

11                                    FOREPERSON OF THE JURY

12

13   - For clarification as to "adverse employment

14   action," refer to Instruction No. 9.

15

16   - For clarification as to "allowing the plaintiff

17   to return to work," the jury is referred to the

18   time period from October 28, 2011 and the date of

19   termination.

20

21              4/26/2023        Jennifer T. Thurston

22

23

24

25

26

27

28