**FILED**

APR 27 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE W. MORT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS DEJOY, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,<br><br>Defendant. | Case No. 1:19-cv-00652-JLT-SKO |

### NOTE FROM THE JURY

____ The jury has reached a unanimous verdict.  Time:_____


____ The jury requests the following:

_____

_____

_____

_____

_____

COURT'S EXHIBITS
CASE NO.
EXHIBIT NO.

1

☑ The jury has the following question(s):

As a group we are not unanimous on question 5, in addition to the verbiage that says "was the plaintiff qualified? Is this still the timeframe of October 28, 2011 - termination? We are hung up on "was".

DATED: 4/27/23

███████████████

FOREPERSON OF THE JURY

The jury is referred to Instructions 11, 12, and 13. The applicable time frame is Mr. Mort's entire employment with the United States Postal Inspection Service.

*[signature]* 4/27/2023