**FILED**

APR 27 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE W. MORT, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>LOUIS DEJOY, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,<br><br>    Defendant. | Case No.  1:19-cv-00652-JLT-SKO |

## NOTE FROM THE JURY

___ The jury has reached a unanimous verdict.  Time:_____

___ The jury requests the following:

_____

_____

_____

_____

_____

COURT'S EXHIBITS
CASE NO.
EXHIBIT NO.

1

☑ The jury has the following question(s):

We do not feel confident that we can come to unanimous decision at this point, what is our next step?

DATED: 4/27/23

FOREPERSON OF THE JURY