**FILED**

APR 27 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE W. MORT, an individual, | Case No. 1:19-cv-00652-JLT-SKO |
| Plaintiff, | |
| v. | |
| LOUIS DEJOY, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, | |
| Defendant. | |

## NOTE FROM THE JURY

____  The jury has reached a unanimous verdict.  Time:_____

____  The jury requests the following:

_____

_____

_____

_____

1

✓ The jury has the following question(s):

At this time, we are still unable to unanimously decide on a verdict. We have deeply analyzed evidence and reflected on testimonies, but cannot decide a verdict altogether.

DATED: 4/27/23



FOREPERSON OF THE JURY

If you cannot come to a unanimous verdict as to question 5, you may skip question 5. However, if you do this, you may not answer question 8.

Jennifer I. Thurs___ 4/27/2023