**FILED**

APR 27 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE W. MORT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS DEJOY, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,<br><br>Defendant. | Case No. 1:19-cv-00652-JLT-SKO<br><br>SPECIAL VERDICT FORM |

We, the jury in the above-entitled action, find the following verdict on the questions submitted to us:

**Question 1:**

Was the defendant's decision not to allow the plaintiff to return to work an adverse employment action?

Yes _____   No ✓ _____

If you answered "yes," answer Question 2. If you answered "no," answer Question 5.

1

**Question 2:**

Did the defendant preclude the plaintiff from returning to work on or after October 28, 2011, because he filed a complaint of discrimination or supported a coworker's complaint of discrimination?

Yes _____    No _____

If you answered "yes," answer Question 3. If you answered "no," answer Question 5.

**Question 3:**

Would defendant have made the same decision to preclude the plaintiff from returning to work if the defendant had been aware that plaintiff committed misconduct at his previous employment?

Yes _____    No _____

Answer Question 4.

**Question 4:**

What amount of damages do you award to the plaintiff to compensate him for the retaliation he suffered due to his filing a complaint of discrimination?

$ _____

Answer Question 5.

**Question 5:**

Was the plaintiff qualified to perform the essential functions of a United States postal inspector?

Yes _____    No _____

If you answered "yes," answer Question 6. If you answered "no," sign and date this form.

**Question 6:**

Did the defendant discriminate against the plaintiff when the defendant sent him for a fitness for duty examination?

Yes _____   No ___✓_____

Answer Question 7.

**Question 7:**

Did the defendant discriminate against the plaintiff when the defendant terminated the plaintiff's employment?

Yes _____   No ___✓_____

If you answered "yes" to Question 6 or Question 7, answer Question 8. If you answered "no" to both Question 6 and Question 7, sign and date this form.

**Question 8:**

What amount of damages do you award to the plaintiff to compensate him for the discrimination he suffered?

$ _____

**Sign, date, and return this form.**

Dated: 4/27/23            Signed: ██████████████
                                     Presiding Juror